**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**LARRY W. CEASE**                                                                                                  **PLAINTIFF**

**V.**                         **CASE NO.: 2:09CV00181 JLH/BD**

**MICHAEL J. ASTRUE,
Commissioner, Social Security Administration**                                         **DEFENDANT**

## ORDER

The Clerk of Court is directed to issue summons and forward to Plaintiff's counsel for service of the Complaint upon Defendant.

IT IS SO ORDERED this 11th day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE